**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Earl McCrae SCALES, Defendant–
Appellant.**

**No. 10–6104.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 6, 2010.

Earl McCrae Scales, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl McCrae Scales appeals the district court's order denying his motion for sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Scales,* No. 1:04–cr00337–JAB–1. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*